SMITH v KELSEY-HAYES COMPANY. (Docket No. 57797.) Leave to appeal is considered and, it appearing to this Court that the case of *Krol v City of Hamtramck* (Docket No. 56114) is presently pending appeal before this Court and that the decision in that case may be decisive of an issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in that case. *Sablich, Ryan, Dudley & Rapaport, P. C.,* for plaintiff-appellant. *Lacey & Jones* for defendant-appellee. Case below, Court of Appeals No. 25641, order of November 6, 1975.

DELTOWNE HOUSING CORPORATION v CITY OF ESCANABA. (Docket No. 57824.) Leave to appeal is considered and, it appearing to this Court that the cases of *Turkish v City of Warren* (Docket No. 57342) and *Zaagman, Inc v City of Kentwood* (Docket No. 57225) are presently pending on appeal before this Court and that the decision in those cases may be decisive of an issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending those cases. *Strom, Butch, Quinn & Rosemurgy* for plaintiffs-appellees. *Hansley, Neiman, Peterson & Beauchamp* for defendant-appellant. Reported below: 65 Mich App 624.

PEOPLE v BIRMINGHAM. (Docket No. 55558.) The emergency motion by defendant-appellant for reconsideration of this Court's order of July 10, 1974 (392 Mich 772) is considered and the same is denied because it does not appear that said order was entered erroneously. Willie J. Birmingham, *in propria persona,* appellant. Case below, Court of Appeals No. 17631, order of September 17, 1973.